AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE     DISTRICT OF   ALABAMA

LORA RAE SEAMON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv486

V.

ALABAMA FAMILY PRACTICE, P.C.

TO: (Name and address of defendant)
Alabama Family Practice
c/o Kathy Lindsey
350 Taylor Road, Suite 2000
Montgomery, AL 36117-3512

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

DATE 5/24/05