| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery 5/25/05<br>C. Signature X  *Kathy Lindsey*  ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Alabama Family Practice, P.C.<br>C/o Kathy Lindsey<br>350 Taylor Road, Suite 2000<br>Montgomery, AL 36117-3512<br><br>Sa C   05-486 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☒ Yes |
| 2. Article Number (Copy from service label) | 7003 0500 0000 1377 6184 |

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952