IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORA RAE SEAMON, | * |
| Plaintiff, | * |
| vs. | * Civil Action No. 2:05-cv-00486 |
| ALABAMA FAMILY PRACTICE, P.C., | * |
| Defendant. | * |

## MOTION TO DISMISS

Comes now the Defendant, Alabama Family Practice, P.C., and moves to dismiss the Complaint in the above-captioned case for Plaintiff's failure to satisfy the administrative prerequisites to filing suit. As admitted in Paragraph 2 of Plaintiff's Complaint, no right to sue letter has been issued in this case.

s/Mike Brock
Bar Number: brocr5280
Attorney for Defendant Alabama Family
   Practice, P.C.
**Rushton, Stakely, Johnston
   & Garrett, P.A.**
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: 334/834-8480
Fax: 334/262-6277
E-mail: rcb@rsjg.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis
j-lewis@jaylewislaw.com

Keith Anderson Nelms
andynelms@jaylewislaw.com and nelmsandy@hotmail.com

                        s/Mike Brock
                        Bar Number: brocr5280
                        Attorney for Defendant Alabama Family
                            Practice, P.C.
                        **Rushton, Stakely, Johnston**
                            **& Garrett, P.A.**
                        Post Office Box 270
                        Montgomery, Alabama 36101-0270
                        Telephone: 334/834-8480
                        Fax: 334/262-6277
                        E-mail: rcb@rsjg.com