IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LORA RAE SEAMON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
|     v. | )     2:05cv486-T |
| | ) |
| ALABAMA FAMILY PRACTICE, | ) |
| P.C., | ) |
| | ) |
|     Defendant. | ) |

### ORDER

It is ORDERED that defendant's motion to dismiss (Doc. No. 5) is set for submission, without oral argument, on July 19, 2005, with all briefs due by said date.

DONE, this the 22nd day of June, 2005.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE