UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LORA RAE SEAMON, | * | |
|     Plaintiff | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:05-cv-00486 |
| | * | |
| ALABAMA FAMILY PRACTICE, P.C., | * | |
|     Defendant. | * | |

**LEAVE TO AMEND COMPLAINT**

Comes now, Plaintiff, in the above styled matter, requesting leave of this Honorable Court to amend her complaint adding language indicating that the Plaintiff has been given Notice of Right to Sue (Charge No.: 130-2005-01006) dated June 24, 2005.

RESPECTFULLY submitted this the __27th__ June, 2005.

                                                         s/K. ANDERSON NELMS
                                                         K. ANDERSON NELMS
                                                         P.O. Box 5059
                                                         Montgomery, AL 36103
                                                         Phone: (334) 263-7733
                                                         Fax: (334) 832-4390
                                                         andynelms@jaylewislaw.com
                                                         ASB-6972-E63K
                                                         Counsel for Plaintiff

LAW OFFICES OF JAY LEWIS
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
j-lewis@jaylewislaw.com

**PLAINTIFF DEMANDS A TRIAL BY JURY**

**CERTIFICATE OF SERVICE**

       I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this_27th_ day of June, 2005.

Mike Brock
RUSHTON, STAKELY, JOHNSTON,
     & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101-8480

                                                     s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K