IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LORA RAE SEAMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | )     2:05cv486-T |
| | ) |
| ALABAMA FAMILY PRACTICE, | ) |
| P.C., | ) |
| | ) |
| Defendant. | ) |

ORDER

It is ORDERED that plaintiff's leave to amend complaint (Doc. No. 9) is treated as a motion for leave to amend and said motion is granted. The assumes that defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 28th day of June, 2005.

　　　　　　　　　　　　　　　   /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE