IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORA RAE SEAMON, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   Civil Action No. 2:05-cv-00486 |
| | * |
| ALABAMA FAMILY PRACTICE, P.C., | * |
| | * |
| Defendant. | * |

## MOTION TO WITHDRAW MOTION TO DISMISS

Comes now the Defendant, Alabama Family Practice, P.C., and moves to Court to allow it to withdraw its Motion to Dismiss Plaintiff's Complaint on the grounds that Plaintiff has now satisfied the administrative prerequisites to filing suit inasmuch as Plaintiff has now received a Right to Sue letter from the Equal Employment Opportunity Commission.

s/Mike Brock
Bar Number: brocr5280
Attorney for Defendant Alabama Family
   Practice, P.C.
**Rushton, Stakely, Johnston
   & Garrett, P.A.**
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: 334/834-8480
Fax: 334/262-6277
E-mail: rcb@rsjg.com

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis
j-lewis@jaylewislaw.com

Keith Anderson Nelms
andynelms@jaylewislaw.com and nelmsandy@hotmail.com

        s/Mike Brock
        Bar Number: brocr5280
        Attorney for Defendant Alabama Family
         Practice, P.C.
        **Rushton, Stakely, Johnston**
         **& Garrett, P.A.**
        Post Office Box 270
        Montgomery, Alabama 36101-0270
        Telephone: 334/834-8480
        Fax: 334/262-6277
        E-mail: rcb@rsjg.com