IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| LORA RAE SEAMON, | * |
| Plaintiff, | * |
| vs. | * Civil Action No. 2:05-cv-00486-T |
| ALABAMA FAMILY PRACTICE, P.C., | * |
| Defendant. | * |

### REPORT OF RULE 26(F) PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(F), a meeting was held between counsel for the parties on the 15th day of July, 2005, via telephone, and now submit the following report of that meeting to the Court for its consideration.

1. The meeting was attended by:

    a. Andy Nelms for the Plaintiff Lora Rae Seamon.

    b. R. Brett Garrett for the Defendant Alabama Family Practice, P.C.

2. Discovery Plan: The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: All matters raised in the Complaint, and amendments to the Complaint and any Answer;

    b. All discovery commenced in time to be completed by January 15, 2006;

    c. Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service;

      d.    Maximum of 40 requests for production by each party to any other party. Responses due 30 days after service;

      e.    Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service;

      f.    Maximum of 10 depositions by Plaintiffs and 10 depositions by Defendants, unless otherwise agreed to by the parties;

      g.    Each deposition, other than that of the parties, limited to a maximum of 8 hours, unless otherwise agreed to by the parties. Parties' depositions limited to a maximum of 8 hours, unless otherwise agreed to by the parties;

      h.    Reports from retained experts under Rule 26(a)(2) due;

          i.    from Plaintiff by December 10, 2005; and

          ii.    from Defendants by January 10, 2006;

      i.    Supplementation under Rule 26(e) due January 15, 2006, or reasonable time thereafter.

3.    Other Matters:

      a.    The parties do not request a conference with the Court before entry of the Scheduling Order.

      b.    Plaintiff should be allowed until December 1, 2005, to join additional parties and until December 1, 2005, to amend the pleadings.

      c.    Defendants should be allowed until January 1, 2006, to join additional parties and until January 1, 2006, to amend the pleadings.

   d. All potentially dispositive motions should be filed by December 15, 2005;

   e. Settlement cannot be realistically evaluated prior to December 15, 2005;

   f. The parties request a final pretrial conference on February 15, 2006;

   g. Final list of witnesses and exhibits under Rule 26(a)(3) should be due:

     i. from Plaintiff: 30 days before trial; and

     ii. from Defendant: 30 days before trial;

   h. Parties should have until no less than 14 days prior to trial to list objections to witnesses and exhibits under Rule 26(a)(3); and

   i. The case should be ready for trial by March 20, 2006, and is expected to take approximately 1-2 days.

  The parties have agreed that this document shall be filed as a joint document but shall contain only the signature of R. Brett Garrett.

  Respectfully submitted this the 19th day of July, 2005.

        s/R. Brett Garrett
        Alabama Bar Number: GAR085
        Attorney for Defendant Alabama Family
         Practice, P.C.
        **Rushton, Stakely, Johnston**
         **& Garrett, P.A.**
        Post Office Box 270
        Montgomery, Alabama 36101-0270
        Telephone: 334/834-8480
        Fax: 334/262-6277
        E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis
j-lewis@jaylewislaw.com

Keith Anderson Nelms
andynelms@jaylewislaw.com and nelmsandy@hotmail.com

                                      s/R. Brett Garrett
                                      Alabama Bar Number: GAR085
                                      Attorney for Defendant Alabama Family
                                          Practice, P.C.
                                      **Rushton, Stakely, Johnston**
                                          **& Garrett, P.A.**
                                      Post Office Box 270
                                      Montgomery, Alabama 36101-0270
                                      Telephone: 334/834-8480
                                      Fax: 334/262-6277
                                      E-mail: bg@rsjg.com