IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| LORA RAE SEAMON, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action No. 2:05-cv-00486 |
| | * |
| ALABAMA FAMILY PRACTICE, P.C., | * |
| | * |
| Defendant. | * |

## NOTICE OF APPEARANCE

COMES NOW R. Brett Garrett of the law firm Rushton, Stakely, Johnston & Garrett, P.A., and hereby gives the Court and parties notice of his appearance as additional counsel on behalf of Defendant Alabama Family Practice, P.C. The parties are requested to serve copies of all further pleadings and discovery materials in this action on the undersigned defense counsel.

Respectfully submitted,

s/Mike Brock
Bar Number: brocr5280
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendant Alabama Family
   Practice, P.C.
**Rushton, Stakely, Johnston**
   **& Garrett, P.A.**
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: 334/834-8480
Fax: 334/262-6277
E-mail: rcb@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis
j-lewis@jaylewislaw.com

Keith Anderson Nelms
andynelms@jaylewislaw.com and nelmsandy@hotmail.com

                                            s/R. Brett Garrett
                                            Alabama State Bar Number GAR085
                                            Attorney for Defendant Alabama Family
                                                Practice, P.C.
                                            **Rushton, Stakely, Johnston**
                                                **& Garrett, P.A.**
                                            Post Office Box 270
                                            Montgomery, Alabama 36101-0270
                                            Telephone: 334/834-8480
                                            Fax: 334/262-6277
                                            E-mail: bg@rsjg.com