IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LORA RAE SEAMON,              )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )      2:05cv486-T
                              )
ALABAMA FAMILY PRACTICE,      )
P.C.,                         )
                              )
    Defendant.                )
```

                                     **ORDER**

It is ORDERED as follows:

(1)  The motion to withdraw (Doc. No. 12) is granted.

(2)  The motion to dismiss (Doc. No. 5) is withdrawn.

DONE, this the 20th day of July, 2005.


                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**