IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| LORA RAE SEAMON, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   Civil Action No. 2:05-cv-00486 |
| | * |
| ALABAMA FAMILY PRACTICE, P.C., | * |
| | * |
| Defendant. | * |

## NOTICE OF APPEARANCE

COMES NOW Bethany L. Bolger of the law firm Rushton, Stakely, Johnston & Garrett, P.A., and hereby gives the Court and parties notice of her appearance as additional counsel on behalf of Defendant Alabama Family Practice, P.C. The parties are requested to serve copies of all further pleadings and discovery materials in this action on the undersigned defense counsel.

Respectfully submitted,

Robert C. "Mike" Brock (brocr5280)
Benjamin C. Wilson (wilsb1649)
Bethany L. Bolger (bolgb6740)
Attorneys for Defendant Alabama Family
   Practice, P.C.
**Rushton, Stakely, Johnston**
   **& Garrett, P.A.**
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  334/834-8480
Fax:  334/262-6277

## CERTIFICATE OF SERVICE

    I hereby certify that on <u>March 27, 2006</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis
j-lewis@jaylewislaw.com

Keith Anderson Nelms
andynelms@jaylewislaw.com and nelmsandy@hotmail.com

                              s/Bethany L. Bolger
                              Attorney for Defendant Alabama Family
                                  Practice, P.C.
                              **Rushton, Stakely, Johnston**
                                  **& Garrett, P.A.**
                              Post Office Box 270
                              Montgomery, Alabama 36101-0270
                              Telephone:  334/834-8480
                              Fax:  334/262-6277