## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 28, 2006

## NOTICE OF DEFICIENCY

**To:     Ben Wilson**

**From:   Clerk's Office**

**Case Style:   Lora Rae Seamon vs. Alabama Family Practice, P.C.**

**Case Number: 2:05cv486-WKW**

**Referenced Pleading:   Motion for Summary Judgment    Doc. #22**

**Notice is hereby given that the referenced deficient pleading was filed on March 27, 2006 by electronic means and is deficient for the following reason:**

*The certificate of service is missing an electronic signature.*

**The listed deficiency must be corrected within 10 days from the date of this notice. Please submit to the Clerk's office by <u>CONVENTIONAL</u> *(mail)* the signature pages of the referenced document containing your electronic signature as explained in the Civil Administrative Procedures, <u>ALONG WITH A COPY OF THIS NOTICE.</u>**

<u>*DO NOT E-FILE YOUR CORRECTION........IT MUST BE MAILED TO THE CLERK'S OFFICE.*</u>