UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORA RAE SEAMON, | * |
|     Plaintiff | * |
| | * |
|     v. | *   CIVIL ACTION NO. 2:05-cv-00486-wkw |
| | * |
| ALABAMA FAMILY PRACTICE, P.C., | * |
|     Defendant. | * |

**PLAINTIFF'S SECOND CONSOLIDATED DISCOVERY REQUEST**

COMES NOW Plaintiff, Lora Rae Seamon, by and through the undersigned, and propounds the following Second Consolidated Discovery on Defendant **Alabama Family Practice, P.C.** in the above styled cause, pursuant to the Federal Rules of Civil Procedure and states as follows:

**DEFINITIONS AND INSTRUCTIONS**

Plaintiff request that Defendant answer the following interrogatories and request for production. Plaintiff instructs the respondent to respond under oath and provide his responses to Law Offices of Jay Lewis, LLC, P.O. Box 5059, Montgomery, AL 36103, within twenty days of the date of service of this request.

The following definitions apply to the interrogatories and document requests:

1.     "PERSON" and/or INDIVIDUAL means, unless otherwise specified, any natural PERSON, firm, entity, corporation, partnership, proprietorship, association, joint venture, other form of organization or arrangement, and government and government agency of every nature or type.

2.     "ELECTRONIC STORAGE DEVICE" means any disk, including hard disks and floppy disks, CD-ROMs, DVDs, audio tape, recorded radio communication, radio log, network servers, shared servers, computers, magnetic tape, back-up tape, voicemail, temporary files, and PDAs, whether currently on premises or otherwise (e.g., at an employee's home

or remote office).

3. "ELECTRONIC DATA" means any information, including files, documents, images, video, metadata or any combination thereof stored, created or used on ANY PERSONAL OR CITY OWNED OR OPERATED ELECTRONIC STORAGE DEVICE.

4. The term "EVIDENCE" or any variant thereof, including, but not limited to, the term "evidencing," when applied to the content of any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports, contradicts, refers to or in any other way deals with the subject matter described in the Request in which the term appears.

5. "AND" and "or" have both conjunctive and disjunctive meanings; "all" and "any" means both "each" and "every"; the plural shall include the singular and vice versa.

6. "ANY" shall be understood to include and encompass "all." As used herein, the singular shall always include the plural and the present tense shall also include the past tense. The words "and" as well as "or" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request all DOCUMENTS or things that might otherwise be construed to be outside its scope.

7. To "IDENTIFY" a DOCUMENT means (a) to refer to the DOCUMENT'S identification or exhibit number if the DOCUMENT has been previously produced or used in discovery; or (b) to state the DOCUMENT'S title, authors, recipients, and date of creation.

If you object to any of the interrogatories or requests, you must state the grounds for the objection(s). If you object to only part of an interrogatory or request, you must state the objection and answer the remainder of the interrogatory.

## INTERROGATORIES

1. State the full name, age, address and present position of each person or persons answering or assisting in the answering of this discovery request providing the respondent's driver's license number and state, social security number and date of birth.

2. Please provide a copy(s) of any shareholder agreement(s) made among the shareholders of Alabama Family Practice, P.C. in effect during the years of 2003 and 2004.

3. Please copy(s) of any employment contracts between the defendant and any employees of defendant during the years of 2003 and 2004 other than those submitted as exhibits in Defendant's Motion for Summary Judgment Memorandum.

4. Please provide copies of all W-2 taxes statements issues to any and all employees during the years of 2003 and 2004.

5. Please provide copies of all insurance policies maintained by Defendant including but not limited to polices for Errors and Omissions and Worker's Compensation.

6. Please provide copies of all professional liability insurance policies maintained by share holders.

7. Please provide a copy of any No Compete agreement maintained by the shareholders or Defendant during the years 2003 and 2004.

8. Please provide an accounting of amounts paid by Defendant to shareholders for expenses related to Continuing Medical Education during the years 2003 and 2004.

9.  Please provide an accounting of amounts paid by Defendant to shareholders for expenses, costs, payments, contributions or otherwise related to automotive transportation used by or maintained by the shareholders.

10. Please provide a copy of any Articles of Incorporation and Bylaws of Employer considered part of the employment agreement as related to paragraph 23 of the Contract of Employment between Dr. Kathy Lindsey and Defendant.

11. Relevant to the years 2003-2004, provide the names of each physician's assistant made reference to in Defendant's Motion for Summary Judgment Memorandum (page 10), designating for each the respective shareholder for whom said physician's assistant works; provide copies of any W-2 tax forms relevant to each physician's assistant; provide any employment contracts between Defendant and the referenced physician's assistant.

Respectfully submitted this the __30th___ day of March, 2006.

_____
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

LAW OFFICES OF JAY LEWIS, LLC

P.O. Box 5059

Montgomery, AL 36103

(334) 263-7733 (Voice)

(334) 832-4390 (Fax)

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this_30th_ day of March, 2006.

Mike Brock

Brett Garrett

Ben Wilson

Bethany Bolger

RUSHTON, STAKELY, JOHNSTON,
    & GARRETT, P.A.

Post Office Box 270

Montgomery, AL 36101-8480

                                                             _____

                                                              OF COUNSEL