IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORA RAE SEAMON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-486-WKW |
| ) | |
| ALABAMA FAMILY PRACTICE, P.C. ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Plaintiff's Motion To Strike Portions of Defendant's Motion for Summary Judgement Memorandum and Attached Affidavit (Doc. #28) filed on March 31, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on May 3, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before April 26, 2006. The defendant may file a reply brief on or before May 3, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 5th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE