# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| LORA RAE SEAMON, | * | |
| Plaintiff | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:05-cv-00486 |
| | * | |
| ALABAMA FAMILY PRACTICE, P.C., | * | |
| Defendant. | * | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for the defendant regarding the possibility of settling this case. At this point, it appears that the parties have settled this case. This given, the parties do not presently believe that mediation will be relevant.

RESPECTFULLY SUBMITTED on this the __25__ day of April 2006.

> s/K. ANDERSON NELMS
> K. ANDERSON NELMS
> P.O. Box 5059
> Montgomery, AL 36103
> Phone: (334) 263-7733
> Fax: (334) 832-4390
> andynelms@jaylewislaw.com
> ASB-6972-E63K
> Counsel for Plaintiff

LAW OFFICES OF JAY LEWIS
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
j-lewis@jaylewislaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this_25th_ day of April, 2006.

Ben Wilson
RUSHTON, STAKELY, JOHNSTON,
     & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101-8480

 

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K