IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORA RAE SEAMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:05-CV-486-WKW |
| | ) |
| ALABAMA FAMILY PRACTICE, P.C., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Court has received notice from the plaintiff through the Notice Concerning Settlement and Mediation (Doc. # 30), filed on April 25, 2006, that a settlement agreement has been reached between the parties in this case. It is therefore ORDERED that the parties shall file a joint stipulation of dismissal signed by counsel for all parties who have appeared in this case on or before May 29, 2006.

DONE this the 1st day of May, 2006.

                                        /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE