IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LORA RAE SEAMON,** | * |
| **Plaintiff,** | * |
| vs. | * Civil Action No. 2:05-cv-00486 |
| **ALABAMA FAMILY PRACTICE, P.C.,** | * |
| **Defendant.** | * |

**JOINT STIPULATION OF DISMISSAL**

COME NOW, the parties to this cause and hereby jointly stipulate to the dismissal with prejudice of all claims made by Plaintiff, Lora Rae Seamon. The parties seek the dismissal of this case pursuant to the terms of a settlement reached between them on or about April 20, 2006.

_____
K. ANDERSON NELMS
(asb-6972-e63k)
Attorney for Plaintiff Lora Rae Seamon

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama 36103
Telephone: 334-263-7733
Andynelms@jaylewislaw.com

_____
BEN C. WILSON
(asb-1649-i54b)
Attorney for Defendant
Alabama Family Practice, P.C.

OF COUNSEL:
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: 334/834-8480
bcw@rsjg.com