IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORA RAE SEAMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-486-WKW |
| ) | |
| ALABAMA FAMILY PRACTICE, P.C., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the Court on the parties' Joint Stipulation of Dismissal (Doc. # 32), filed on May 18, 2006. Pursuant to Fed. R. Civ. P. 41(a)(1), it is therefore ORDERED that all claims in this case are hereby DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 24th day of May, 2006.

                                           /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE