IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LORA RAE SEAMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-486-WKW |
| | ) | |
| ALABAMA FAMILY PRACTICE, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

(1) All claims are hereby DISMISSED with prejudice.

(2) The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 24th day of May, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE